Filing # 111376265 E-Filed 08/06/2020 10:53:38 AM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
CLAY COUNTY, FLORIDA

**PATTY JO SOMOS,**
an individual,

CASE NO.:
DIVISION:

       **Plaintiff,**

vs.

**CIRCLE K STORES, INC.,**
a Foreign Profit Corporation,

       **Defendant.**

_____/

## COMPLAINT

Plaintiff, PATTY JO SOMOS ("Plaintiff"), sues the Defendant, CIRCLE K STORES, INC., ("Defendant"), and alleges:

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00)[1], exclusive of attorney's fees, interest, costs.

2. On or about January 9, 2019, Defendant owned, operated, and/or maintained a gas station located at 3985 Old Jennings Road, Middleburg, Clay County, Florida.

3. At all times material, Plaintiff was a business invitee on Defendant's premises.

4. At all times material, there was broken and or uneven concrete in the parking lot that represented an unreasonably dangerous condition.

5. As Plaintiff was walking toward her vehicle, the broken concrete caused Plaintiff to trip and fall.

---

[1] The estimated value of Plaintiff's claim is in excess of the jurisdictional threshold minimum required by this Court. As such, Plaintiff has made this allegation in paragraph one of Plaintiff's Complaint, and has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the Civil Cover Sheet *for jurisdictional purposes only*. The actual value of Plaintiff's claim will be determined by a fair and just jury in light of the evidence, including non-economic damages, for which there is no exact standard for measuring such damage

6. The unreasonably dangerous condition was created by Defendant, known to exist by Defendant, and/or had existed for a sufficient length of time such that Defendant should have known of its existence.

7. At all times material, Defendant owed Plaintiff, and all others similarly situated, a duty of care to maintain its premises in a reasonably safe condition, and to warn of dangerous conditions that it knew or should have known existed on the property.

8. Defendant breached its duty to Plaintiff by failing to maintain its premises in a reasonably safe condition and by failing to warn of the unreasonably dangerous condition.

9. As a result of Defendant's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, PATTY JO SOMOS demands judgment for damages against Defendant, CIRCLE K STORES, INC., and demands a jury trial.

Dated on this 6 day of August, 2020.

THE LAW OFFICE OF NOONEY & ROBERTS

_____
Lisa M. Nommensen, Esq.
Florida Bar No. 124203
Kristopher M. Nowicki, Esq.
Florida Bar No. 89175
1680 Emerson Street
Jacksonville, FL 32207
Phone: (904) 398-1992
Fax: (904) 858-9943
LNomensen@nooneyandroberts.com
Attorneys for the Plaintiff

## DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE 2.516

Pursuant to Fla.R.Jud.Admin.2.516 (effective September 1, 2012), attorney for Plaintiff, designates the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

| | |
|---|---|
| Primary email address: | LNommensen@nooneyandroberts.com |
| Secondary email addresses: | KNowicki@nooneyandroberts.com |
| | kmnparalegal@nooneyandroberts.com |
| | kriggins@nooneyandroberts.com |

THE LAW OFFICE OF NOONEY & ROBERTS

*/s/ Lisa M. Nommensen*

**Lisa M. Nommensen, Esq.**
Florida Bar No. 124203
Kristopher M. Nowicki, Esq.
Florida Bar No. 89175
1680 Emerson Street
Jacksonville, FL 32207
Phone: (904) 398-1992
Fax: (904) 858-9943
LNomensen@nooneyandroberts.com
Attorneys for the Plaintiff